Case 4:25-cv-00761   Document 11   Filed on 04/30/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR. | § § | |
| VS | § § | CIVIL ACTION NO. H: 25-761 |
| GARZA'S HOME RENTAL, INC. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 10). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED this 30th day of April 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE